Adam W. Cook, ABA #0611071
Arina Filippenko, ABA #2311138
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
acook@bhb.com
afilippenko@bhb.com
Telephone 907.276.1550
Facsimile 907.276.3680

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MEFFORD CONTRACTING, LLC, )<br><br>Plaintiff, )<br><br>vs. )<br><br>CHITINA DIVERSIFIED SERVICES, )<br>LLC, )<br><br>Defendant. ) | Case No.: 3:26-cv-_____ |

## COMPLAINT

COMES now Plaintiff, Mefford Contracting, LLC, by and through undersigned counsel Birch Horton Bittner & Cherot, and for its Complaint and cause of action against Chitina Diversified Services, LLC states and alleges as follows:

### I. INTRODUCTION

Plaintiff, Mefford Contracting, LLC (hereinafter "Mefford"), brings this civil action against Defendant, Chitina Diversified Services, LLC (hereinafter "Chitina"), for breach of contract arising out of a construction subcontract for the renovation

MEFFORD V. CHITINA DIVERSIFIED
COMPLAINT
509848\1\2053864

CASE NO. 3:26-CV-_____
PAGE 1 OF 7

Case 3:26-cv-00140-ACP     Document 1     Filed 03/31/26     Page 1 of 7

and improvements to the United States Marshal's Offices located at the federal courthouse for the United States District Court, Eastern District of Kentucky, in Lexington, Fayette County, Kentucky. Without cause or justification, Chitina has failed and refused, and still refuses, to pay Mefford substantial sums of money for subcontract work performed and accepted at the project.

## II. JURISDICTION AND VENUE

1. Mefford is a Kentucky limited liability company with its offices and principal place of business at 109 Fieldview Drive, Versailles, Woodford County, Kentucky 40383. Founded in 2018, Mefford is a full-service general contractor engaged in pre-construction, design, building renovations, new construction services, and construction management for residential, commercial, industrial, hospitality, retail, and governmental projects.

2. Chitina is an Alaska limited liability company with its principal office and place of business at 821 N Street, Suite 201, Anchorage, Alaska 99501. Upon information and belief, Chitina's sole parent corporation is Chitina Native Corporation, an Alaska Native corporation.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332, as the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Venue is proper in the District of Alaska pursuant to 28 U.S.C. § 1391(b)(1) and a subcontract agreement between Plaintiff and Defendant, described in greater detail below.

## III.  FACTUAL ALLEGATIONS

5.      On or about March 24, 2022, Chitina entered into a contract, awarded by the General Services Administration ("GSA"), Contract No. 47PE0122C0007, for the construction or management of construction services, or both, for the United States Marshal Services' facilities renovations, replacements, improvements and related construction services (the "USMS Project").

6.      On July 24, 2023, Chitina entered into a firm, fixed-price subcontract with Mefford, Subcontract No. CDS-22-0020-Mefford (the "Subcontract"), for the complete installation of all work on the USMS Project, including the labor, materials of construction, and equipment for the construction and/or renovation and improvements in conformity with the plans and specifications for the Project.  A true, accurate and complete copy of the Subcontract is attached as Exhibit 1.  In exchange, Chitina agreed to pay Mefford the total sum of $2,800,856.00 for its work, labor, services and materials of construction.  Pursuant to subsequent approved Change Orders to the Subcontract, the contract amount was, by agreement, increased to $3,287,735.55.

7.      Pursuant to the Subcontract, Mefford was required to perform specific construction and renovation services in accordance with the terms, specifications, and schedule set forth in the agreement between the parties.

8.      Chitina, in turn, specifically agreed to pay Mefford's periodic Applications and Certifications for Payment each and every month, less only agreed retainage of ten percent (10%).

MEFFORD V. CHITINA DIVERSIFIED
COMPLAINT
509848\1\2053864

CASE NO. 3:26-CV-_____
PAGE 3 OF 7

Case 3:26-cv-00140-ACP     Document 1     Filed 03/31/26     Page 3 of 7

9. During the execution of its Subcontract work, Mefford fulfilled its obligations, including the timely execution and performance of all required construction services in conformity with the design drawings and specifications provided by Chitina, or through Chitina by the GSA.

10. On January 17, 2025, without cause or justification, Chitina terminated the Subcontract with Mefford, effective that same date. Chitina asserted as the basis for its termination that Mefford was in violation of the safety, quality, limitations on subcontracting, and schedule requirements under the Subcontract.

11. In fact, there was no factual predicate or legitimate reason or rationale for the termination of the Subcontract, and Chitina failed to deliver any notices of default in accordance with the express terms of the Subcontract.

12. For the foregoing reasons, the "termination for default" was actually a termination for Chitina's convenience under Article VIII(B) of the Subcontract.

13. To the extent Chitina retained the right to terminate the Subcontract for its own convenience under Article VIII(B), it still remained contractually obligated to pay Mefford in full for all work and services satisfactorily performed, and materials furnished, prior to termination.

14. At the time of termination of the Subcontract, Mefford was owed, and Chitina was obligated to pay, the total sum of $1,265,505.93, as follows:

MEFFORD V. CHITINA DIVERSIFIED
COMPLAINT
509848\1\2053864

CASE NO. 3:26-CV-_____
PAGE 4 OF 7

Case 3:26-cv-00140-ACP     Document 1     Filed 03/31/26     Page 4 of 7

| Payment Period Ending | Amount of Invoice | Unpaid Balance |
|---|---|---|
| 3/31/2024 | $32,616.05 | $3,261.61 (Retainage) |
| 4/30/2024 | $109,551.39 | $10,955.14 (Retainage) |
| 5/31/2024 | $192,585.69 | $19,258.97 (Retainage) |
| 6/30/2024 | $231,683.15 | $23,168.32 (Retainage) |
| 7/31/2024 | $346,396.05 | $34,639.61 (Retainage) |
| 8/31/2024 | $339,701.92 | $33,970.19 (Retainage) |
| 9/30/2024 | $139,160.83 | $139,160.83 |
| 10/31/2024 | $127,995.92 | $127,995.92 |
| 11/30/2024 | $92,295.74 | $92,295.74 |
| 12/31/2024 | $319,925.07 | $319,925.07 |
| 1/17/2025 | $460,874.55 | $460,874.55 |
| **Total** | | **$1,265,505.93** |

15. Despite repeated demands by Mefford, Chitina has failed, neglected and refused to pay Mefford for the pre-termination work, services, labor and materials provided on the USMS Project.

16. Mefford provided Chitina written notice of its claim as required by the Subcontract and further requested good faith informal business discussions to resolve the payment dispute between the parties, but Chitina did not respond. Additionally, Mefford requested that Chitina join in the submission of this dispute to mediation as provided in Article IX of the Subcontract, but Chitina again did not respond.

17. Accordingly, Mefford has performed and satisfied all contract conditions precedent to the initiation of this litigation.

MEFFORD V. CHITINA DIVERSIFIED
COMPLAINT
509848\1\2053864

CASE NO. 3:26-CV-_____
PAGE 5 OF 7

Case 3:26-cv-00140-ACP     Document 1     Filed 03/31/26     Page 5 of 7

## COUNT I – BREACH OF CONTRACT

18.　Mefford realleges and incorporates the statements above as though fully set forth herein.

19.　By wrongfully terminating the Subcontract without valid basis, and by failing to compensate Mefford for labor, services, and materials provided to the USMS Project, Chitina breached the Subcontract.

20.　As a direct and proximate result of Chitina's breach, Mefford has suffered damages, including but not limited to the unpaid Subcontract balance of approximately $1,265,505.93, plus interest as provided by law.

## COUNT II – BREACH OF IMPLIED WARRANTY OF GOOD FAITH

21.　Mefford realleges and incorporates the statements above as though fully set forth herein.

22.　Under Alaska law, there is implied in every contract a covenant of good faith and fair dealing between all parties.

23.　Chitina violated its duty of good faith and fair dealing by declaring a default by Mefford as a pretext for terminating the Subcontract due to default rather than for its own convenience.

24.　As a result of Chitina's breach of its duty of good faith and fair dealing, Mefford sustained, and continues to sustain, damages in excess of $75,000, the exact amount to be proven at trial.

Case 3:26-cv-00140-ACP　　Document 1　　Filed 03/31/26　　Page 6 of 7

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, Mefford Contracting, LLC, respectfully prays for the following relief against Chitina Diversified Services, LLC:

1.    A money judgment for all damages and payments due and owing under the Subcontract between the parties;

2.    Pre-judgment and post-judgment interest at the highest allowable rate;

3.    Actual attorneys' fees and costs; and

4.    Such other relief as this Court deems just and equitable.

DATED this 27th day of March, 2026.

BIRCH HORTON BITTNER & CHEROT
Attorneys for Plaintiff

By: _____
      Adam W. Cook, ABA #0611071
      Arina Filippenko, ABA #2311138

MEFFORD V. CHITINA DIVERSIFIED
COMPLAINT
509848\1\2053864

CASE NO. 3:26-CV-_____
PAGE 7 OF 7

Case 3:26-cv-00140-ACP    Document 1    Filed 03/31/26    Page 7 of 7